NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> LUIS ONORIO LANDAZURI-ENCINAS, AKA Luis Honorio Landazuri-Encinas, AKA Luis Encinas-Lanzurei, <br><br> Defendant - Appellant. | No. 24-3298 <br><br> D.C. No. 4:17-cr-00691-JGZ-AMM-1 <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted November 20, 2024**

Before:  CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Luis Onorio Landazuri-Encinas appeals from the district court's judgment

revoking supervised release and imposing a 24-month sentence.  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Landazuri-Encinas's counsel has filed a

---

*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.[1]

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

[1] The court was unable to notify Landazuri-Encinas of his right to file a pro se supplemental brief because his whereabouts are unknown; both the government and Landazuri-Encinas's counsel informed the court that he is not in federal custody and his location is unknown.